UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  Cassandra M Riley

Debtor(s)

Case No. 09 B 38262

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/14/2009.

2) The plan was confirmed on 02/08/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/08/2010, 08/09/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Completed on 03/04/2013.

6) Number of months from filing to last payment: 41.

7) Number of months case was pending: 47.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $68,879.08.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $20,061.00 |
| Less amount refunded to debtor | $328.38 |

**NET RECEIPTS:** $19,732.62

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,784.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $958.56 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,742.56

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Account Recovery Service | Unsecured | 296.00 | NA | NA | 0.00 | 0.00 |
| Advance Paycheck Now | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| American Collection Corp | Unsecured | 1,331.00 | NA | NA | 0.00 | 0.00 |
| American Collection Corp | Unsecured | 832.00 | NA | NA | 0.00 | 0.00 |
| Americas Recovery Network | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 1,197.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | NA | 1,365.84 | 1,365.84 | 136.58 | 0.00 |
| Asset Acceptance | Unsecured | 25.00 | 25.00 | 25.00 | 2.50 | 0.00 |
| BMO Harris Bank | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Calvary Portfolio | Unsecured | 281.79 | NA | NA | 0.00 | 0.00 |
| Calvary Portfolio Services | Unsecured | 539.25 | 539.25 | 539.25 | 53.92 | 0.00 |
| CB USA | Unsecured | NA | 954.65 | 954.65 | 95.46 | 0.00 |
| CB USA | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| CB USA | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| Certegy Payment Recovery Services Inc | Unsecured | 370.28 | NA | NA | 0.00 | 0.00 |
| Chex Systems Inc | Unsecured | 1,046.41 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 170.23 | 273.20 | 273.20 | 27.32 | 0.00 |
| City of Country Club Hills | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Client Collection Services Inc | Unsecured | 1,520.00 | NA | NA | 0.00 | 0.00 |
| Contract Callers Inc | Unsecured | 1,666.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 604.00 | NA | NA | 0.00 | 0.00 |
| CVS Caremark | Unsecured | 82.49 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Greater Suburban Acceptance Co | Secured | 11,899.00 | 11,886.63 | 8,118.79 | 8,118.79 | 649.15 |
| Greater Suburban Acceptance Co | Unsecured | 11,899.00 | 3,767.84 | 3,767.84 | 376.78 | 0.00 |
| Illinois Collection Service | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 21,088.00 | 246.84 | 246.84 | 24.68 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 2,057.00 | 2,113.94 | 2,113.94 | 2,113.94 | 0.00 |
| Illinois State Tollway | Unsecured | 4,532.00 | NA | NA | 0.00 | 0.00 |
| Integra Realty | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 18,409.61 | 18,409.61 | 1,840.96 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | 74.94 | 0.00 | 0.00 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,662.00 | 1,662.99 | 1,662.99 | 166.30 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 715.00 | NA | NA | 0.00 | 0.00 |
| Kingston Financial | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Kohl's/Kohl's Dept Stores | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Loan Shop | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| MB Financial | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 11,229.00 | 11,354.96 | 11,354.96 | 1,135.50 | 0.00 |
| National City | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| National Credit Adjusters | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 1,215.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 3,085.00 | NA | NA | 0.00 | 0.00 |
| Ophthalmic Specialists | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | NA | 281.79 | 281.79 | 28.18 | 0.00 |
| Payday Online.Us | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 1,700.00 | 2,200.00 | 2,200.00 | 220.00 | 0.00 |
| Rent A Center | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Rewards 660 | Unsecured | 449.00 | NA | NA | 0.00 | 0.00 |
| Rewards 660 | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Sears Family Dental | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 1,390.00 | NA | NA | 0.00 | 0.00 |
| Trident Asst | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| United Cash Loans | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Village Of East Hazel Crest | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village Of Tinley Park | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Wood Forest National Bank | Unsecured | NA | 956.32 | 956.32 | 0.00 | 0.00 |
| Zenith Acquisition | Unsecured | 625.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $8,118.79 | $8,118.79 | $649.15 |
| **TOTAL SECURED:** | **$8,118.79** | **$8,118.79** | **$649.15** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,113.94 | $2,113.94 | $0.00 |
| **TOTAL PRIORITY**: | **$2,113.94** | **$2,113.94** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$42,038.29** | **$4,108.18** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,742.56 |
| Disbursements to Creditors | $14,990.06 |
| **TOTAL DISBURSEMENTS** : | **$19,732.62** |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/20/2013                                By: /s/ Marilyn O. Marshall
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**